[Civil Nos. 4?1, 422.]

## THE SILVER KING MINING COMPANY, Appellant, v. JESSE BROWN, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. Owen T. Rouse, Judge.

Kibbey & Israel, for Appellant.

E. J. Edwards, and H. B. Summers, for Appellee.

February 23, 1895. Affirmed.

---

[Civil No. 435.]

## E. J. BENNITT, Appellant, v. BRUCE PERLEY, Administrator of the Estate of C. D. Stevens, Deceased, and P. S. PERLEY, Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

C. F. Ainsworth, for Appellant.

P. S. Perley, for Appellees.

February 23, 1895. Affirmed.

---

[Civil No. 440.]

## GILA COUNTY, Appellant, v. J. H. THOMPSON et. al., Appellees.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

Cox & Street, for Appellant.

E. J. Edwards, W. H. Barnes, and Joseph Campbell, for Appellees.

February 23, 1895. Affirmed.